JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA GOODEN, an individual, | Case No. 5:13-cv-00866-VAP(SPx) |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41(a)(1)(A)(ii)** |
| vs. | Judge: Honorable Virginia A. Phillips |
| OMNITRANS, a California public entity of unknown form; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the parties' STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court Case No. 5:13-cv-00866-VAP(SPx) is hereby dismissed with prejudice.

Dated: January __7__, 2014

*Virginia A. Phillips*

Honorable Virginia A. Phillips
U.S. District Court Judge